JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD TOYS LIMITED,<br><br>   Plaintiff,<br><br>  v.<br><br>DIMPLE CHILD LLC,<br><br>   Defendant. | No. CV 19-616 PA (Ex)<br><br>JUDGMENT |

  Pursuant to Federal Rule of Civil Procedure 58, and following the return of the Jury's verdict on February 20, 2020, it is hereby ORDERED, ADJUDGED, AND DECREED that:

  1. As a result of plaintiff Lanard Toys Limited's ("Plaintiff") abandonment prior to trial of its claims for negligent interference with prospective economic advantage and unfair business practices pursuant to California Business and Professions Code section 17200, and the Court's granting of defendant Dimple Child's ("Defendant") Federal Rule of Civil Procedure 50 Motion for Judgment as a Matter of Law on plaintiff's claims for trade dress infringement and intentional interference with prospective economic advantage, the Court enters Judgment in favor of Defendant on those claims;

  2. As a result of the Jury's verdict, and Plaintiff's election to recover its actual damages rather than statutory damages, the Court enters Judgment in favor of Plaintiff and against Defendant on Plaintiff's claim for copyright infringement in the amount of

$25,884.00 (consisting of Plaintiff's actual damages of $25,000.00 and Defendant's profits of $884.00);

3. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

4. Plaintiff is awarded its costs of suit.

DATED: February 21, 2020

                                             Percy Anderson
                                   UNITED STATES DISTRICT JUDGE