# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Lanard Toys Limited

                    v.                          Case Number:  2:19-cv-00616-PA-E

Dimple Child LLC

Judgment was entered in this action on ___2/21/2020___ / ___103___ against  Dimple Child LLC _____ .
                                                     Da e              Docke  No.

## NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---|
| Clerk's Fees (L.R. 54 3.1): | $400 |
| Fees for Service of Process (L.R. 54 3.2): | $229 |
| United States Marshal's Fees (L.R. 54 3.3): | |
| Transcripts of Court Proceedings (L.R. 54 3.4): | |
| Depositions (L.R. 54 3.5): | $1,399.45 |
| Witness Fees   itemize on page 2 (L.R. 54 3.6): | |
| Interpreter's Fees (L.R. 54 3.7): | |
| Docket Fees (L.R. 54 3.8): | $5.90 |
| Court  Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54 3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54 3.10): | $837.00 |
| Premiums on Undertakings and Bonds (L.R. 54 3.11): | |
| Other Costs   attach court order (L.R. 54 3.12): | |
| State Court Costs (L.R. 54 3.13): | |
| Costs on Appeal (L.R. 54  4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54  5): | |
| **TOTAL** | $2,871.35 |

**NOTE**: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[X]  The Court's CM/ECF System

[ ]  Conventional service by first class mail

[ ]  Other _____

/s/ Richard P. Sybert _____           Richard P. Sybert _____
S gnature                                                Pr nt Name

Attorney for:   Lanard Toys Limited _____

Costs are taxed in the amount of _____ $2,871.35 _____

Kiry K. Gray _____        By: _Valencia Munroe_____        June 1, 2020 _____
C erk of Court                               Deputy C erk                              Date

| WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |