UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LANARD TOYS LIMITED, | No. CV 19-616 PA (Ex) |
|---|---|
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| DIMPLE CHILD LLC, | |
| Defendant. | |

In accordance with the Court's April 8, 2020 Minute Order granting the Motion for Clarification filed by plaintiff Lanard Toys Limited ("Plaintiff"), and pursuant to Federal Rule of Civil Procedure 58, and following: (1) the return of the Jury's verdict on February 20, 2020, which awarded Plaintiff $25,885.00 in damages; (2) the Court's May 4, 2020 Minute Order awarding Plaintiff attorneys' fees of $48,074.20 and costs of $2,229.51; (3) the Ninth Circuit's March 10, 2021 award of costs on appeal in the amount of $110.40; and (4) this Court's April 21, 2021 Minute Order awarding $21,189.00 in attorneys' fees for work done on appeal, it is hereby ORDERED, ADJUDGED, AND DECREED that:

  1. The Court enters Judgment in favor of Plaintiff and against defendant Dimple Child LLC ("Defendant") in the amount of $97,487.11; and

2. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: June 2, 2021

                                            Percy Anderson
                               UNITED STATES DISTRICT JUDGE